**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)**

**CRIMINAL ACTION NO. 3:20CR-57-BJB
UNITED STATES OF AMERICA,                                                            PLAINTIFF,**

**vs.**

**CHANNEL LEWIS,                                                                              DEFENDANT.**

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, Channel Lewis, pleaded guilty to the single count of Conspiracy to Commit Burglary in violation of 18 U.S.C. §2118(b) & (d). She is awaiting sentencing by this Court.

**The Pre-Sentence Report**

**A.      Objections to the PSR.**

The defense did not object to anything in the PSR. However, the facts of this case would merit a departure pursuant to USSG §3B1.2. On the evening of the offense, Ms. Lewis was riding around in a car with her boyfriend, Mr. Eaves, and a friend of Eaves', Mr. Crowdus. She was picked up after being at work that day, and was not aware of any plan to break into any business. The three were "partying", and Ms. Lewis, a passenger, was drinking alcohol. After some time passed, the men decided to break into the CVS.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

When the opportunity arose, Ms. Lewis made the extremely poor decision to go along with her companions, and agreed to wait in the car, and drive the men away after they had broken into the CVS store. She was waiting in the car when law enforcement arrived at the scene, and arrested her as well as the co defendants who were exiting the store. Ms. Lewis cooperated completely with the investigation.

The extent of Ms. Lewis' participation in this offense makes her substantially less culpable than her co defendants. As such, USSG §3B1.2 (a) would call for a departure of four levels.

**B.     Statutory Sentencing Range**.

The statutory sentencing range is 0-10 years.

**C.     Advisory Guideline Range**

The PSR calculates a recommended sentencing range of 6-12 months. This is calculated correctly, however, should the Court apply the departure under 3B1.2(a), the recommended guideline sentencing range would be 0-6 months, in Zone A. ( Offense level 7/ Criminal History category I ).

**D.     Requested sentence**

After consideration of all the factors set forth in 18 U.S.C. 3553(a), a sentence of probation, with the imposition of all conditions which this Court deems necessary and appropriate, is a fair and just disposition of this case.

Ms. Lewis is 27 years old, has absolutely no prior criminal record, and has been able to maintain full time employment. This is in spite of the fact that she has a history of

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

substance abuse problems related to alcohol and marijuana. Alcohol and marijuana played a role in her minor participation in this offense, and it has continued to plague her thoughout the year or so that this case has been pending. While continuing to work, and stay arrest free, she has had difficulty remaining sober, as detailed in the PSR. This has resulted in her first experience in jail, several days, as a result of her marijuana violations.

Treatment for substance abuse is often a long and arduous process, and even those who are successful in the long run often suffer multiple relapses. Ms. Lewis' history of employment, lack of a criminal record, and substance abuse issues that fall on the relatively benign side of the spectrum of abused substances, merit her a chance (or another chance).

Finally, as to the issue of a fine(s). Ms. Lewis has qualified for the services of the Federal Defender as a result of her financial situation. While she does have a job, she has a negative net worth, and will have to pay restitution as a result of this conviction.

Wherefore, the defense requests that the Court sentence Ms. Lewis to a sentence of probation, with conditions to include counseling, treatment, and any other conditions such as community service or home confinement which the Court deems necessary and appropriate. Such a sentence is sufficient, but not more than necessary to comply with the considerations the Court must evaluate under 18 U.S.C. §3553(a).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3

/s/ Donald J. Meier

Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on July 16, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4