UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:20-CR-00057-3-BJB

CHANNEL LEWIS                                                                            DEFENDANT

SENTENCING MEMORANDUM
-*Filed Electronically*-

Comes the United States of America, by counsel, Assistant United States Attorney Frank E. Dahl III, and files its sentencing memorandum in this action currently scheduled for a sentencing hearing on July 26, 2021. The United States has received and reviewed the Final Presentence Investigation Report (PSR) for the above-named defendant, Channel Lewis. Having found no substantial errors with the PSR, the United States has informed United States Probation Office that there will be no objections thereto. In addition, the United States will not call any witnesses at the hearing. Finally, the United States will request that the Defendant be ordered to pay restitution to the victim in the case, CVS Pharmacy, in the amount of $3,676.

FACTUAL BACKGROUND – OFFENSE CONDUCT

The United States agrees with the factual background and offense conduct as set forth in the final PSR. (DN 116 PSR, ¶¶ 16-20, Page ID #421-422).

GUIDELINE LEVEL CALCULATION

The United States agrees with the total Guideline Offense Level calculation of 11, as determined by the United States Probation Office (*Id*. at ¶ 33, Page ID #423).

## CRIMINAL HISTORY

The United States agrees with the criminal history calculation prepared by the United States Probation Office of a Criminal History Category I. (*Id*. at ¶ 38, Page ID# 423).

## SENTENCING FACTORS

As noted above the United States agrees with the United States Probation Office's final Presentence Investigation Report guideline calculations and believes that Lewis's total advisory Guideline Offense Level should be 11, with a Criminal History Category of I, which produces a sentencing range of 8 to 14 months.

This Court must impose a sentence for Ms. Lewis which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed–

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines–

    . . .

(5) any pertinent policy statement--

    . . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7)     the need to provide restitution to any victims of the offense.

As this Court is aware, this is a plea pursuant to Federal Criminal Rule 11(c)(1)(B). At sentencing, consistent with the plea agreement in which the United States agreed to recommend a sentence at the low end of the guidelines as calculated by the Court, the United States will recommend a sentence of 8 months. Further, the United States will recommend a 3-year term of supervised release. Finally, the United States will request that the Defendant be ordered to pay restitution to the victim in the case, CVS Pharmacy, in the amount of $3,676.

## CONCLUSION

WHEREFORE, based on the reasons set forth above, the United States respectfully requests the Court to impose a sentence of 8 months.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

_____
Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH:  (502) 582-6772
FAX: (502) 582-5097
Email: frank.dahl@usdoj.gov

CERTIFICATE OF SERVICE

      It is hereby certified that on July 16, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: the Hon. Don Meier, counsel for defendant.

Frank E. Dahl III
Assistant United States Attorney